Prepared by:
Tyler A. James CLA
55 BEATTIE PL #110
GREENVILLE SC 29601
Phone # (714) 247-6000.
Fax    # (714) 247-6010.

PROPERTY I.D. # 5142 15 AB 0010

WARRANTY DEED

**THIS WARRANTY DEED** is made this 4th day of Jun, 2021 between. **DIAMOND TAYLOR** a Single Woman. Whose Post Office address is 1710 Madison Street Unit # 1, Hollywood, Florida 33020 (herein GRANTOR), And **CLINTON THOMAS**. a Single Man whose post office address is 2213 Grant Street, Unit # A, Hollywood, FL 333020. (herein the GRANTEE).

(Whenever used herein the terms "GRANTOR" and "GRANTEE" includes the Parties and their Heirs, Legal Representatives and Assignees of Individuals, and Assignees of Corporations)

**WITNESSETH:** the Grantor for and in consideration of the Sum of TEN DOLLARS AND 00/100 cents ($10.00) and other good and valuable consideration, receipt whereof is hereby acknowledged by these Present, does grant, bargain and sell, alien, remise, release, convey and confirm unto the GRANTEE, all that Certain Land, situate in Broward County, Florida, viz:

**CONDOMINIUM PARCEL NO. 1 PALM OF MADISON APARTMENT, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, RECORDED IN O.R. BOOK 2952, PAGE 588, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA AS PROVIDED BY THE STATE OF FLORIDA (F.S. 711 ET SEQ.) SAID DESCRIPTION AND THIS CONVEYANCE INCLUDES, BUT IS NOE LIMITED TO, ALL APPURTENANCE TO THE CONDOMINIUM PARCEL ABOVE DESCRIBED, INCLUDING THE UNDIVIDED INTEREST IN COMMON ELEMENTS OF SAID CONDOMINIUM.**

**Property Address: 1710 Madison Street Unit # 1, Hollywood, Florida 33020**

**TO HAVE AND TO HOLD,** the tract or parcel of land above described together with all singular the rights, privileges, tenements, appurtenances, and improvements unto the said Grantees, their heirs and assigns forever. And the said Party of the first part does hereby fully warrant the Title to said Land and will defend the same against the lawful claims of all persons Whomsoever.

And said Grantors, for said Grantors, their heirs, successors, executors, and administrators, Covenants with Grantees, and with their heirs and assigns, that Grantors are lawfully seized in fee simple of the said Real Estate; that Said Real Estate is free and clear from all liens and Encumbrances, except as herein above set forth, and except for taxes due for the current and subsequent years, and except for

Any Restrictions Pertaining to the Real Estate of record in the Probate Office in said County; and that Grantors will, and their heirs, executors and administrators shall, warrant and defend the same to said Grantee, and their heir and assigns, forever against lawful claims of all persons.

IN WITNESS WHEREOF, Grantor has executed and delivered this warranty deed under seal as of the day and year first above written.

Executed by the undersigned on this 4th day of Jun , 2021.

DIAMOND TAYLOR a Single Woman

Signed, Sealed and Delivered in the
presence of these witnesses (one
of whom may be the Notary):

Witness Signature # 1                          MARK NONTEL
_____    Printed Name

Witness Signature # 2                          Steven Hartman
_____    Printed Name

STATE OF South CAROLINA

COUNTY OF Greenville

### ACKNOWLEDGMENT

BEFORE ME, on this 4th day of Jun , 2021 the undersigned an officer duly authorized take acknowledgement in the county and state aforesaid, personally appeared DIAMOND TAYLOR, a single woman who is personally known to me (or provided to me on the basis of satisfactory evidence), to be the individual who the executed foregoing instrument.

WITNESS MY HAND AND OFFICIAL SEAL
3/23/2025
My Commission expires                          Notary's Signature

PHILIP B. BROWN
NOTARY
PUBLIC
SOUTH CAROLINA