PREPARED BY AND RETURN TO:
Nathaniel D. Callahan, Esq.
AKERMAN LLP
201 East Las Olas Boulevard, Suite 1800
Fort Lauderdale, Florida 33301

Real Estate Account No.: 514215-AB-0010 / Alternate Key 692853
PIN: 11215-AB-00100
Property Address: 1710 Madison Street, Unit 1, Hollywood, Florida 33020

SPACE ABOVE LINE FOR RECORDER'S USE

## NOTICE OF FRAUDULENT TRANSFER

**Deutsche Bank National Trust Company, in its capacity as Indenture Trustee for the Noteholders of AAMES Mortgage Investment Trust 2005-2, a Delaware statutory trust ("Deutsche Bank")** c/o NewRez LLC d/b/a Shellpoint Mortgage Servicing, whose address is 75 Beattie Place, Suite 300 Greenville, South Carolina 29601 (**"Shellpoint"**), gives notice that:

**The Quitclaim Deed, dated December 4, 2020 and recorded December 10, 2020 as Instrument No. 116919170 in the Official Records of Broward County, Florida,** which purports to convey title to the below-described property from Deutsche Bank to Diamond Taylor, a single woman whose address is 4926 SW 43rd Terrace, Fort Lauderdale, 33314 **is fraudulent and unauthorized.** Deutsche Bank did not authorize, execute, or record the Quitclaim Deed; nor did Deutsche Bank authorize any person or entity to execute or record the Quitclaim Deed on Deutsche Bank's behalf. A Fraudulent Transfer Affidavit from Deutsche Bank's loan servicer Shellpoint evidencing the Quitclaim Deed is fraudulent is attached as **EXHIBIT A**. This Notice of Fraudulent Transfer is actual and constructive notice to all title inquirers **the above-referenced Quitclaim Deed is VOID *ab initio*.**

The real property purportedly conveyed by the fraudulent Quitclaim Deed is legally described as:

> **CONDOMINIUM PARCEL NO. 1 OF PALM MADISON APARTMENT, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, RECORDED IN O.R. BOOK 2952, PAGE 588 OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA. AS PROVIDED FOR BY THE CONDOMINIUM ACT OF THE STATUTES OF THE STATE OF FLORIDA (F.S. 711 ET SEQ.) SAID DESCRIPTION AND THIS CONVEYANCE INCLUDES, BUT IS NOT LIMITED TO, ALL APPURTENANCES TO THE CONDOMINIUM PARCEL ABOVE DESCRIBED, INCLUDING THE UNDIVIDED INTEREST IN THE COMMON ELEMENTS OF SAID CONDOMINIUM.**
> **Property Address: 1710 Madison Street, Unit 1, Hollywood, Florida 33020.**

(the "Property").

Case 0:22-cv-60133-RNA Document 1-10 Entered on FLSD Docket 01/18/2022 Page 2 of 28

Deutsche Bank came to own the Property pursuant to that certain Certificate of Title, dated May 7, 2019 and recorded on May 17, 2019 as Instrument No. 115811171 in the Official Records of Broward County, Florida, and continues to own the Property as of the date hereof, notwithstanding the fraudulent Quitclaim Deed.

Date: **DEC 0 3 2021**

**NewRez LLC d/b/a Shellpoint Mortgage Servicing, as loan servicer and attorney-in-fact for Deutsche Bank National Trust Company, in its capacity as Indenture Trustee for the Noteholders of AAMES Mortgage Investment Trust 2005-2, a Delaware statutory trust**

By: _____

Name: Cynthia Brock

Title: Senior Manager

STATE OF South Carolina )
                                            ) ss:
COUNTY OF Greenville )

Before me, Tiffany Lee Klimkowski, the undersigned officer, on this, the 3rd day of December, 2021, personally appeared Cynthia Brock, ☒ known to me or, ☐ through production of _____ as identification, who identified her/himself to be a Senior Manager of **NewRez LLC d/b/a Shellpoint Mortgage Servicing, as loan servicer and attorney-in-fact for Deutsche Bank National Trust Company, in its capacity as Indenture Trustee for the Noteholders of AAMES Mortgage Investment Trust 2005-2, a Delaware statutory trust**, the person and officer whose name is subscribed to the foregoing instrument, and being authorized to do so, acknowledged that (s)he had executed the foregoing instrument as the act of such corporation for the purpose and consideration described and in the capacity stated.

{Notary Seal}

Print Name: Tiffany Lee Klimkowski
Notary Public, State of South Carolina
Commission No.: _____
My Commission Expires: 3 | 3 | 2031

TIFFANY LEE KLIMKOWSKI
MY COMMISSION
EXPIRES
03/03/2031
NOTARY PUBLIC
SOUTH CAROLINA

## Fraudulent Transfer Affidavit

STATE OF South Carolina
COUNTY OF Greenville

BEFORE ME, an officer authorized to take oaths, this day personally appeared Cynthia Brock who, being first duly sworn, deposes and says:

1.  I am a Senior Manager at NewRez LLC d/b/a Shellpoint Mortgage Servicing ("**Shellpoint**"). Pursuant to the Power of Attorney attached as **EXHIBIT 1**, Shellpoint manages the property located at 1710 Madison Street, Unit 1, Hollywood, Florida 33020 (the "**Property**") on behalf of Property owner Deutsche Bank National Trust Company, in its capacity as Indenture Trustee for the Noteholders of AAMES Mortgage Investment Trust 2005-2, a Delaware statutory trust ("**Deutsche Bank**"). Pursuant to the Written Consent attached as **EXHIBIT 2**, I am authorized to execute this affidavit and the Notice of Fraudulent Transfer which this affidavit supports.

2.  In its capacity as Property manager, Shellpoint maintains Property records for Deutsche Bank. These records are physical, imaged, and electronic records of Property activities, events and transactions.

3.  In my position at Shellpoint, I am trained on and familiar with and understand Shellpoint's business records and Shellpoint's procedures for making and maintaining these records. My job duties include reviewing and interpreting Shellpoint's business records such that I can competently swear to the status of a particular property and the validity of property records.

4.  The information in this affidavit is taken from Shellpoint's business records and my personal knowledge resulting from my job training, job experience and personal review of the records. Attached as exhibits to this affidavit are true and correct copies of Shellpoint's business records, which I am familiar with and have reviewed.

5.  I have personal knowledge of Shellpoint's routine practices and procedures for creating and maintaining the business records I am testifying about. The business records were: **(a)** made at or near the time of the occurrence of the recorded matters; **(b)** made by, or from information transmitted by, persons with personal knowledge of the recorded matters; and **(c)** kept in the course of Shellpoint's regularly conducted business activities. It was Shellpoint's regular practice to make such business records.

6.  A Certificate of Title, dated May 7, 2019 and recorded on May 17, 2019, is attached as **EXHIBIT 3**. It shows that Deutsche Bank took title to the Property on May 7, 2019. Deutsche Bank is the current and sole owner of the Property.

57467390;2

7. A true and correct copy of a Quitclaim Deed, dated December 4, 2020 and recorded on December 10, 2020, is attached as **EXHIBIT 4**. Shellpoint managed the Property on Deutsche Bank's behalf at the time the Quitclaim Deed was purportedly executed and recorded. I have thoroughly reviewed Shellpoint's Property records and there are no records, in any form, that indicate Deutsche Bank had any part in creating, executing, delivering or recording the Quitclaim Deed. Creating, executing, delivering and recording a quitclaim deed are the the kind of events Shellpoint regularly records and preserves in its property records. Based on the absence of such records, I can conclude Deutsche Bank did not have any part in creating, executing, delivering or recording the Quitclaim Deed and the Quitclaim Deed was created, executed, delivered and recorded without Deutsche Bank's knowledge, consent or authorization.

8. Deutsche Bank remains the Property owner and did not grant Diamond Taylor any rights in or to the Property.

9. In addition to it being fraudulent, invalid and unauthorized, based on my review, the Quitclaim Deed contains the following invalidities:

    a. Purported Quitclaim Deed preparer Premier Corporate Solutions LLC does not exist, according to the South Carolina Secretary of State;

    b. The address given for Premier Corporate Solutions LLC is the address for another company;

    c. The phone and fax numbers given for Premier Corporate Solutions LLC are phone and fax numbers for another company;

    d. The principal address given for Deutsche Bank is the address for another company;

    e. The address given for Diamond Taylor does not exist, according to the Broward County, Florida Property Appraiser; and

57467390;2

f.     Based on the certified copy of the Application/Renewal for Notary Public attached as **EXHIBIT 5**, the signature of notary Philip B. Brown was forged.

FURTHER AFFIANT SAYETH NOT.

> NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING, as loan servicer and attorney-in-fact for Deutsche Bank National Trust Company, in its capacity as Indenture Trustee for the Noteholders of AAMES Mortgage Investment Trust 2005-2, a Delaware statutory trust
>
> By: _____
> Printed Name: Cynthia Brock
> Title: Senior Manager

SUBSCRIBED and SWORN to before me on this 3rd day of December, 2021, by Cynthia Brock, who is ☒ known to me (☐ or satisfactorily proven to me through production of _____, as identification) to be the person(s) who appeared before me.

(seal)

_____
Tiffany Lee Klimkowski
(Type or print name below signature)
Notary Public, State of SC
Commission No.: _____
My Commission Expires: 3/3/2031

57467390;2

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖ 2019091645
P/ATTY   Book: DE 2580 Page: 5188 - 5196        9 Pgs
November 15, 2019  11:51:15 AM
Rec: $25.00
FILED IN GREENVILLE COUNTY, SC  *Timothy J Nanney*

Document drafted by and
After Recording Return Document To:
NewRez LLC d/b/a Shellpoint Mortgage Servicing
75 Beattie Place, Suite 300
Greenville, SC 29601

## LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that pursuant to the authority granted under that certain limited power of attorney attached as Exhibit A hereto (the "Transaction LPOA"), New Residential Mortgage LLC, a Delaware limited liability company (the "Company"), having a place of business at 1345 Avenue of the Americas, 45th Floor, New York, New York 10105, does hereby constitute and appoint NewRez LLC d/b/a Shellpoint Mortgage Servicing, a Delaware limited liability company ( the "Servicer"), having an office at 75 Beattie Place, Suite 300, Greenville, SC 29601, by and through its officers, its true and lawful Attorney-in-Fact, in its name, place and stead and for its benefit, in connection with and subject to the terms of the Subservicing Agreement, dated as of November 29, 2017 (the "AGREEMENT"), by and between the Company and the SERVICER.

Pursuant to the express authority granted to Company under the Transaction LPOA, the Company hereby grants its authority and power under the Transaction LPOA to execute any and all such instruments and to do and perform all and every act and thing necessary and proper to carry into effect the powers granted by or under this Limited Power of Attorney, in each case as fully as the Company might or could do under the Transaction LPOA, and hereby does ratify and confirm all that Servicer shall lawfully do or cause to be done by authority hereof. The Company also grants unto Servicer, subject to the foregoing limitations, the full power and authority to correct minor ambiguities and errors in documents necessary to effect the above, for the purpose of performing all acts and executing all documents in the name of the Company necessary and incidental to the servicing of said loans, in each case in accordance with and subject to the Subservicing Agreement and the Transaction LPOA, including but not limited to:

1. Foreclosing delinquent loans or discontinuing such foreclosure proceedings, including, but not limited to, the execution of notices of default, notices of sale, assignments of bids, and assignments of deficiency judgments, and appearing in the prosecuting bankruptcy proceedings;

2. Selling, transferring or otherwise disposing of real property acquired through foreclosure or otherwise, including, but not limited to, executing all contracts, agreements, deeds,

Digitally signed 12/31/2019 by greenville.county.rod@kofile.us

*Timothy J Nanney*
**Certified and Digitally Signed**
Validation may require Adobe 'Windows Integration'

GREENVILLE COUNTY, REGISTER OF DEEDS
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF A DOCUMENT ON FILE IN THIS OFFICE

EXHIBIT 1

assignments or other instruments necessary to effect such sale, transfer or disposition, and receiving proceeds and endorsing checks made payable to the order of the Company from such proceedings;

3. Preparing, executing, and delivering satisfactions, cancellations, discharges or full or partial releases of lien, subordination agreements, modification agreements, assumption agreements, substitutions of trustees under deeds of trust, and UCC-3 Continuation Statements;

4. Endorsing promissory notes and executing assignments of mortgages, deeds of trust, deeds to secure debt, and other security instruments securing said promissory notes in connection with loans for which Servicer has received full payment of all outstanding amounts due on behalf of the Company;

5. Endorsing insurance proceeds checks and mortgage payment checks to the order of the Company; and

6. Any and all such other acts of any kind and nature whatsoever that are necessary and prudent to service the loans.

The Company further grants to Servicer full power and authority to do and perform all acts necessary for Servicer to carry into effect the power or powers granted by or under this Limited Power of Attorney as fully as the Company might or could do with the same validity as if all and every such act had been herein particularly stated, expressed and especially provided for, and hereby ratifies and confirms all that Servicer shall lawfully do by virtue of the powers and authority granted and contemplated hereby, and all that Servicer has previously done pursuant to or in connection with the Subservicing Agreement or any Limited Power of Attorney previously granted by the Company to Servicer. This Limited Power of Attorney shall be in full force and effect as of November 7, 2019 until revoked or terminated by the Company.

Nothing herein shall give Servicer hereunder the right or power to negotiate or settle any suit, counterclaim or action against the Company. The Company shall have no obligation to inspect or review any agreement or other document or item executed by Servicer hereunder on behalf of the Company pursuant to this Limited Power of Attorney and as such, the Servicer expressly acknowledges that the Company is relying upon Servicer to undertake any and all necessary procedures to confirm the accuracy of any such agreement, document or other item.

Third parties without actual notice may rely upon the exercise of the power granted under this Limited Power of Attorney, and may be satisfied that this Limited Power of Attorney has not been revoked by the Company, unless a revocation has been recorded in the public records of the jurisdiction where this Limited Power of Attorney has been recorded, or unless such third party has received actual written notice of a revocation.

GREENVILLE COUNTY, REGISTER OF DEEDS
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF A DOCUMENT ON FILE IN THIS OFFICE

EXHIBIT 1

NEW RESIDENTIAL MORTGAGE LLC
(Company)

By: _____

Name: Nicola Santoro, Jr.

Title: Chief Financial Officer and Chief
Operating Officer

Date: 11/7/19

Witness: _____
RUTZY CUALHATI

Witness: _____
Michael Tily

STATE OF NEW YORK

COUNTY OF NEW YORK

On this 7th day of November, 2019, before me, the undersigned, a Notary Public in and for said State and County, personally appeared Nicola Santoro, Jr., personally known to me to be the person who executed the within instrument as Chief Financial Officer and Chief Operating Officer, on behalf of New Residential Mortgage LLC, and he or she acknowledged that said instrument is the act and deed of New Residential Mortgage LLC, and that he or she, being authorized to do so, executed and delivered said instrument for the purposes therein contained.

WITNESS by hand and official seal.

_____
Notary Public

1/6/20
My Commission Expires

[Seal]

KATHLEEN A. HALVEY
NOTARY PUBLIC-STATE OF NEW YORK
NO.01HA6179532
QUALIFIED IN NEW YORK COUNTY

GREENVILLE COUNTY, REGISTER OF DEEDS
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF A DOCUMENT ON FILE IN THIS OFFICE

**Exhibit A**

New Residential Mortgage LLC Limited Power of Attorney (Aames 2005-2)

GREENVILLE COUNTY, REGISTER OF DEEDS
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF A DOCUMENT ON FILE IN THIS OFFICE

## LIMITED POWER OF ATTORNEY

KNOW ALL MEN BY THESE PRESENTS, that Deutsche Bank National Trust Company, a national banking association organized and existing under the laws of the United States, and having its usual place of business at 1761 East St. Andrew Place, Santa Ana, California, 92705, as Indenture Trustee (the "Indenture Trustee") for Aames Mortgage Investment Trust 2005-2 pursuant to that Indenture dated as of May 1, 2005 (the "Agreement") by and between Aames Mortgage Investment Trust 2005-2 as Issuer (the "Issuer"),Wells Fargo Bank, N.A., Trust Administrator, and New Residential Mortgage LLC, (the "Servicer"), hereby constitutes and appoints the Servicer, by and through the Servicer's officers, the Indenture Trustee's true and lawful Attorney-in-Fact, in the Indenture Trustee's name, place and stead and for the Indenture Trustee's benefit, in connection with all mortgage loans serviced by the Servicer pursuant to the Agreement solely for the purpose of performing such acts and executing such documents in the name of the Indenture Trustee necessary and appropriate to effectuate the following enumerated transactions in respect of any of the mortgages or deeds of trust (the "Mortgages" and the "Deeds of Trust" respectively) and promissory notes secured thereby (the "Mortgage Notes") for which the undersigned is acting as Indenture Trustee for various certificateholders (whether the undersigned is named therein as mortgagee or beneficiary or has become mortgagee by virtue of endorsement of the Mortgage Note secured by any such Mortgage or Deed of Trust and for which New Residential Mortgage LLC, is acting as the Servicer.

This Appointment shall apply only to the following enumerated transactions and nothing herein or in the Agreement shall be construed to the contrary:

1. The modification or re-recording of a Mortgage or Deed of Trust, where said modification or re-recording is solely for the purpose of correcting the Mortgage or Deed of Trust to conform same to the original intent of the parties thereto or to correct title errors discovered after such title insurance was issued; provided that (i) said modification or re-recording, in either instance, does not adversely affect the lien of the Mortgage or Deed of Trust as insured and (ii) otherwise conforms to the provisions of the Agreement.

2. The subordination of the lien of a Mortgage or Deed of Trust to an easement in favor of a public utility company of a government agency or unit with powers of eminent domain; this section shall include, without limitation, the execution of partial satisfactions/releases, partial reconveyances or the execution or requests to trustees to accomplish same.

GREENVILLE COUNTY, REGISTER OF DEEDS
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF A DOCUMENT ON FILE IN THIS OFFICE

3. The conveyance of the properties to the mortgage insurer, or the closing of the title to the property to be acquired as real estate owned, or conveyance of title to real estate owned.

4. The completion of loan assumption agreements.

5. The full satisfaction/release of a Mortgage or Deed of Trust or full conveyance upon payment and discharge of all sums secured thereby, including, without limitation, cancellation of the related Mortgage Note.

6. The assignment of any Mortgage or Deed of Trust and the related Mortgage Note, in connection with the repurchase of the mortgage loan secured and evidenced thereby.

7. The full assignment of a Mortgage or Deed of Trust upon payment and discharge of all sums secured thereby in conjunction with the refinancing thereof, including, without limitation, the assignment of the related Mortgage Note.

8. The full enforcement of and preservation of the Indenture Trustee's interests in the Mortgage Notes, Mortgages or Deeds of Trust, and in the proceeds thereof, by way of, including but not limited to, foreclosure, the taking of a deed in lieu of foreclosure, or the completion of judicial or non-judicial foreclosure or the termination, cancellation or rescission of any such foreclosure, the initiation, prosecution and completion of eviction actions or proceedings with respect to, or the termination, cancellation or rescission of any such eviction actions or proceedings, and the pursuit of title insurance, hazard insurance and claims in bankruptcy proceedings, including, without limitation, any and all of the following acts:

   a. the substitution of trustee(s) serving under a Deed of Trust, in accordance with state law and the Deed of Trust;

   b. the preparation and issuance of statements of breach or non-performance;

   c. the preparation and filing of notices of default and/or notices of sale;

   d. the cancellation/rescission of notices of default and/or notices of sale;

   e. the taking of deed in lieu of foreclosure;

   f. the filing, prosecution and defense of claims, and to appear on behalf of the Trustee, in bankruptcy cases affecting Mortgage Notes, Mortgages or Deeds of Trust;

2

GREENVILLE COUNTY, REGISTER OF DEEDS
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF A DOCUMENT ON FILE IN THIS OFFICE

g. the preparation and service of notices to quit and all other documents necessary to initiate, prosecute and complete eviction actions or proceedings;

h. the tendering, filing, prosecution and defense, as applicable, of hazard insurance and title insurance claims, including but not limited to appearing on behalf of the [Trustee/Indenture Trustee] in quiet title actions; and

i. the preparation and execution of such other documents and performance of such other actions as may be necessary under the terms of the Mortgage, Deed of Trust or state law to expeditiously complete said transactions in paragraphs 8.a. through 8.h. above.

9. With respect to the sale of property acquired through a foreclosure or deed-in lieu of foreclosure, including, without limitation, the execution of the following documentation:
   a. listing agreements;
   b. purchase and sale agreements;
   c. grant/warranty/quit claim deeds or any other deed causing the transfer of title of the property to a party contracted to purchase same;
   d. escrow instructions; and
   e. any and all documents necessary to effect the transfer of property.

10. The modification or amendment of escrow agreements established for repairs to the mortgaged property or reserves for replacement of personal property.

The undersigned gives said Attorney-in-Fact full power and authority to execute such instruments and to do and perform all and every act and thing necessary and proper to carry into effect the power or powers granted by or under this Limited Power of Attorney as fully as the undersigned might or could do, and hereby does ratify and confirm to all that said Attorney-in-Fact shall be effective as of this 7th day of July, 2017.

This appointment is to be construed and interpreted as a limited power of attorney. The enumeration of specific items, rights, acts or powers herein is not intended to, nor does it give rise to, and it is not to be construed as a general power of attorney.

Solely to the extent that the Servicer has the power to delegate its rights or obligations under the Agreement, the Servicer also has the power to delegate the authority given to it by Deutsche Bank National Trust Company, as Indenture Trustee, under this Limited Power of Attorney, for purposes of performing its obligations and duties by executing such additional powers of attorney in favor of its attorneys-in-fact as are necessary for such purpose. The Servicer's attorneys-in-fact shall have no greater authority than that held by the Servicer.

Nothing contained herein shall: (i) limit in any manner any indemnification provided to the Indenture Trustee under the Agreement, (ii) limit in any manner the rights and protections

3

GREENVILLE COUNTY, REGISTER OF DEEDS
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF A DOCUMENTS ON FILE IN THIS OFFICE

afforded the Indenture Trustee under the Agreement, or (iii) be construed to grant the Servicer the power to initiate or defend any suit, litigation or proceeding in the name of Deutsche Bank National Trust Company except as specifically provided for herein. If the Servicer receives any notice of suit, litigation or proceeding in the name of Deutsche Bank National Trust Company, then the Servicer shall promptly forward a copy of same to the Indenture Trustee.

This limited power of attorney is not intended to extend the powers granted to the Servicer under the Agreement or to allow the Servicer to take any action with respect to Mortgages, Deeds of Trust or Mortgage Notes not authorized by the Agreement.

The Servicer hereby agrees to indemnify and hold the Indenture Trustee and its directors, officers, employees and agents harmless from and against any and all liabilities, obligations, losses, damages, penalties, actions, judgments, suits, costs, expenses or disbursements of any kind or nature whatsoever incurred by reason or result of or in connection with the exercise by the Servicer, or its attorneys-in-fact, of the powers granted to it hereunder. The foregoing indemnity shall survive the termination of this Limited Power of Attorney and the Agreement or the earlier resignation or removal of the Indenture Trustee under the Agreement.

This Limited Power of Attorney is entered into and shall be governed by the laws of the State of New York, without regard to conflicts of law principles of such state.

Third parties without actual notice may rely upon the exercise of the power granted under this Limited Power of Attorney; and may be satisfied that this Limited Power of Attorney shall continue in full force and effect and has not been revoked unless an instrument of revocation has been made in writing by the undersigned.

IN WITNESS WHEREOF, Deutsche Bank National Trust Company, as Indenture Trustee for Aames Mortgage Investment Trust 2005-2 has caused its corporate seal to be hereto affixed and these presents to be signed and acknowledged in its name and behalf by a duly elected and authorized signatory this 7th day of July.

> Deutsche Bank National Trust Company, as
> Indenture Trustee for Aames Mortgage Investment Trust 2005-2
>
>
> By: _____
>     Name: Amy McNulty
>     Title: Assistant Vice President

4

GREENVILLE COUNTY, REGISTER OF DEEDS
CERTIFIED TO BE A TRUE AND CORRECT COPY
OF A DOCUMENT ON FILE IN THIS OFFICE

Witness:

Cynthia Valverde

Witness:

Karina Sherman

Prepared by:

Name: Ballerie Hargrove
Title: Trust Administrator
Address:      Deutsche Bank National Trust Company
              1761 E. Saint Andrew Place
              Santa Ana, CA 92705

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA
COUNTY OF ORANGE

On July 7, 2017 before me, Luz A. Meda, a Notary Public, personally appeared Amy McNulty, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed that same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.
(SEAL)

LUZ A. MEDA
Commission # 2139393
Notary Public - California
Orange County
My Comm. Expires Jan 7, 2020

Signature of Notary Public

5

GREENVILLE COUNTY, REGISTER OF DEEDS
CERTIFIED TO BE A TRUE AND CORRECT COPY
2019045450 DOCUMENT DELIVERY (LA SHIP QSF)

# WRITTEN CONSENT
## OF
## REQUISITE MEMBERS OF THE BOARD OF MANAGERS
## OF
## NEW PENN FINANCIAL LLC

### January 14, 2016

The undersigned, constituting not less than a majority of the members of the Board of Managers (the "**Board**") of New Penn Financial LLC, a limited liability company organized and existing under the laws of the State of Delaware (the "**Company**"), do hereby consent, pursuant to Section 18-404(d) of the Delaware Limited Liability Company Act, as amended from time to time (the "**Act**"), and Section 2.12 of the Amended and Restated Limited Liability Company Agreement of the Company, dated as of November 26, 2014, as amended from time to time (the "**LLC Agreement**"), to the adoption of the resolutions set forth herein and that such action be taken without a meeting pursuant to the Act and the LLC Agreement. Capitalized terms used but not defined herein shall have the meanings ascribed thereto in the LLC Agreement.

### *Designation of Additional SMS Authorized Signatories*

**WHEREAS**, by resolutions duly adopted by the Board, the Board, *inter alia*, appointed certain persons as Authorized Signatories on behalf of the SMS and authorized such persons to execute all contracts, agreements, certificates and other documents relating to collections, loan administration activities, loss mitigation activities, proceedings in bankruptcy affecting serviced mortgage property, foreclosure actions, electronic recording of ownership of mortgages and mortgage servicing rights (through MERS and otherwise) and real estate owned management, as indicated by designation of functional area of responsibility next to such persons name, and to do and perform, or cause to be done and performed, all such acts, deeds and things and to make, execute and deliver or cause to be made, executed and delivered all such agreements, undertakings, documents, instruments or certificates in the name and on behalf of the Company (doing business as SMS) ("**Authorized Signatory Authority**"); and

**WHEREAS**, a majority (the "**Majority**") of the members of the Board has determined it to be in the best interest of the Company to terminate the appointment of certain previously appointed officers as set forth on Exhibit A-1 hereto, and to appoint or to modify the appointment of those certain SMS employees as additional Authorized Signatories set forth on Exhibit A-2 hereto, each having Authorized Signatory Authority in the designated functional area of responsibility set forth opposite each such persons name on Exhibit A-2 hereto.

**NOW THEREFORE BE IT RESOLVED,** that a Majority of the Board hereby terminate the authority previously granted to each of the persons set forth on Exhibit A-1 hereto and hereby approve the appointment of each of the persons named on Exhibit A-2 attached hereto as an Authorized Signatory of the Company (doing business as SMS) having Authorized Signatory Authority in the in the designated functional area of responsibility set forth opposite each such persons name on Exhibit A-2 hereto; and it is

1

EXHIBIT 2

**FURTHER RESOLVED,** that all actions heretofore taken by any of the persons on behalf of the Company (doing business as SMS) consistent with the foregoing authority be, and they hereby are, approved, adopted, ratified and confirmed in all respects; and it is

**FURTHER RESOLVED,** that this written consent of the Board of New Penn Financial LLC may be executed in counterparts and by facsimile and pdf, each of which shall be an original and all of which, when taken together, shall constitute one and the same instrument.

[Remainder of Page Intentionally Left Blank]

**IN WITNESS WHEREOF,** the undersigned members of the Board have set their hands
hereto effective as of the date first written above.

_____
Bruce J. Williams

_____
Saul I. Sanders

_____
Jerry Schiano

_____
Jack Navarro

IN WITNESS WHEREOF, the undersigned members of the Board have set their hands hereto effective as of the date first written above.

_____
Bruce J. Williams

_____
Saul I. Sanders

_____
Jerry Schiano

_____
Jack Navarro

[Signature Page – NP – SMS Authorized Signatories Jan 2016]

**EXHIBIT A-1**
January 2016 Termination of Appointment

Name                                              Office:

## EXHIBIT A-2
### January 2016 Authorized Signatory Appointments

**Name**                    **Designated Functional Area of Responsibility:**



Cynthia Brock          SMS Loan Administration  (formerly in SMS Insurance)



**** FILED: BROWARD COUNTY, FL Brenda D. Forman, CLERK 5/7/2019 11:46:36 AM.****

## In the Circuit Court of the Seventeenth Judicial Circuit
## In and for Broward County, Florida

DEUTSCHE BANK NAT TR CO
Plaintiff

VS.

ASTACIO, JULIO ; PALM MADISON APARTMENTS INC ; STATE OF FL
DEPARTMENT OF REVENUE
Defendant

CACE-11-031962
Division:    11

### Certificate of Title

The undersigned, Brenda D. Forman, Clerk of the Court, certifies that she executed and filed a certificate of sale in this action on April 24, 2019, for the property described herein and that no objections to the sale have been filed within the time allowed for filing objections.

The following property in Broward County, Florida:

CONDOMINIUM PARCEL NO. 1 OF PALM MADISON APARTMENT, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, RECORDED IN O.R. BOOK 2952, PAGE 588 OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA. AS PROVIDED FOR BY THE CONDOMINIUM ACT OF THE STATUTES OF THE STATE OF FLORIDA (F.S. 711 ET SEQ.) SAID DESCRIPTION AND THIS CONVEYANCE INCLUDES, BUT IS NOE LIMITED TO, ALL APPURTENANCES TO THE CONDOMINIUM PARCEL ABOVE DESCRIBED, INCLUDING THE UNDIVIDED INTEREST IN THE COMMON ELEMENTS OF SAID CONDOMINIUM. Property address: 1710 Madison Street, Unit 1, Hollywood, FL 33020

Was sold to: DEUTSCHE BANK NATIONAL TRUST COMPANY IN ITS CAPACITY AS INDENTURE TRUSTEE FOR THE NOTEHOLDERS OF AAMES MORTGAGE INVESTMENT TRUST 2005-2, A DELAWARE STATUTORY TRUST C/O DITECH FINANCIAL LLC
3000 Bayport Drive, Ste. 880 Tampa, FL, 33607

Witness my hand and the seal of this court on  May 07, 2019 .



Brenda D. Forman, Clerk of the Circuit & County Court
Broward County, Florida

CIRCUIT CIVIL 2019 MAY 07 AM 8.31 FILED FOR RECORD CLERK OF CIRCUIT COURT BROWARD COUNTY, FLA.

EXHIBIT 3

Instr# 115811171 , Page 2 of 2, End of Document

**** FILED: BROWARD COUNTY, FL  Brenda D. Forman,  CLERK 5/7/2019 11:46:36 AM.****

Total consideration: $85,100.00
Doc Stamps: $595.70

Prepared by
Premier Corporate Solution LLC
55 BEATTIE PL #110
GREENVILLE SC 29601
Phone # (714) 247-6000.
Fax    # (714) 247-6010.

PROPERTY I.D. # 5142 15 AB 0010

### QUITCLAIM DEED

THIS SPECIAL WARRANTY DEED is made this 04 day of December ,2020 between. DEUTSCHE BANK NATIONAL TRUST COMPANY IN ITS COMPACITY AS INDENTURE TRUSTEE FOR THE NOTE HOLDERS OF AAMES MORTGAGE INVESTMENT TRUST 2005-2, a Delaware Statutory Trust. Whose Principle office address is 55 BEATTIE PL #112 GREENVILLE, SC 29601 (herein GRANTOR), And DIAMOND TAYLOR a single woman whose Post office address 4926 SW 43rd Terrace, Fort Lauderdale, 33314 (herein the GRANTEE).

(Whenever used herein the terms "GRANTOR" and "GRANTEE" Includes the Parties and their Heirs, Legal Representatives and Assignees of Individuals, and Assignees of Corporations)

WITNESSETH: the Grantor for and in consideration of the Sum of TEN DOLLARS and 00/100 cents ($10.00) and other good and valuable consideration, receipt whereof is hereby acknowledged by these Present, does grant, bargain and sell, alien, remise, release, convey and confirm unto the GRANTEE, all that Certain Land, situate in Broward County, Florida, viz:

CONDOMINIUM PARCEL NO. 1 PALM OF MADISON APARTMENT, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, RECORDED IN O.R. BOOK 2952, PAGE 588, OF THE BUBLIC RECORDS OF BROWARD COUNTY, FLORIDA AS PROVIDED BY THE STATE OF FLORIDA (F.S. 711 ET SEQ.) SAID DESCRIPTION AND THIS CONVEYANCE INCLUDES , BUT IS NOE LIMITED TO, ALL APPURTENANCE TO THE CONDOMINIUM PARCEL ABOVE DESCRIBED, INCLUDING THEUNDIVED INTEREST IN COMMON ELEMENTSOF SAID CONDOMINIUM.

Property Address: 1710 Madison Street Unit # 1, Hollywood, Florida 33020

TO HAVE AND TO HOLD, the tract or parcel of land above described together with all singular the rights, privileges, tenements, appurtenances, and improvements unto the said Grantees, their heirs and assigns forever. And the said Party of the first part does hereby fully warrant the Title to said Land and will defend the same against the lawful claims of all persons Whomsoever.

And said Grantors, for said Grantors, their heirs, successors, executors, and administrators, Covenants with Grantees, and with their heirs and assigns, that Grantors are lawfully seized in fee simple of the said Real Estate; that Said Real Estate is free and clear from all liens and Encumbrances, except as herein above set forth, and except for taxes due for the current and subsequent years, and except for

EXHIBIT 4



Any Restrictions Pertaining to the Real Estate of record in the Probate Office in said County; and that Grantors will, and their heirs, executors and administrators shall, warrant and defend the same to said Grantee, and their heir and assigns, forever against lawful claims of all persons.

IN WITNESS WHEREOF, Grantor has executed and delivered this warranty deed under seal as of the day and year first above written.

Executed by the undersigned on December 04, 2020

_SHAKILA CLATON, Authorized Officer_
DEUTSCHE BANK NATIONAL TRUST CO.

Signed, Sealed and Delivered in the
presence of these witnesses (one
of whom may be the Notary):

Witness Signature # 1                     Printed Name _Lakesha Mackey_

Witness Signature # 2                     Printed Name _Scott Hartman_

STATE OF _South Carolina_

COUNTY OF _Greenville_

ACKNOWLEDGEMENT

BEFORE ME the undersigned an officer duly authorized take acknowledgement in the county and state aforesaid, on this 04 day of December, 2020 Personally Appeared SHAKILA CLATON as authorized officer of DEUTSCHE BANK NATIONAL TRUST COMPANY who is personally known to me (or provided to me on the basis of satisfactory evidence), to be the individual who executed this instrument. And who did take an oath that she is authorizes to execute the same on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY the Entity herein above mentioned and who, upon oath acknowledged himself or herself as Authorized Officer and the person who executed foregoing instrument.

WITNESS MY HAND AND OFFICIAL SEAL

My Commission expires                    Notary's Signature

Prepared by:
Premier Corporate Solution LLC
55 BEATTIE PL #110
GREENVILLE SC 29601

### AFFIDAVIT BY AN AUTORIZED OFFICER FOR THE BENEFIT OF DEUTSCHE BANK NATIONAL TRUST COMPANY IN HIS/HER COMPACITY AS AN AUTHORIZED OFFICER OF THE TRUST

STATE OF SOUTH CAROLINA

COUNTY OF GREENVILLE

BEFORE ME, the undersigned authority a Notary Public in the county and state aforesaid. duly authorized to take acknowledgement PERSONALLY appeared SHAKILA CLAYTON in her compacity as asset director of DEUTSCHE BANK NATIONAL TRUST COMPANY a Delaware Statutory Trust. Who being first duly sworn on oath deposes and says:

I am the Asset Director/ Authorized Officer of DEUTSCHE BANK NATIONAL TRUST CONMANY a Delaware Statutory Trust organized and existing under the laws of the state of Delaware, with its Principle Office Address located at 55 BEATTIE PL #112 GREENVILLE, SC 29601, and for whose behalf I make this affidavit.

I SHAKILA CLAYTON do hereby attest and affirm that I am authorized to convey the following described real property below on behalf of DEUTSCHE BANK NATIONAL TRUST COMPANY a Delaware Statutory Trust organized under the laws of the state of Delaware as its authorized officer.

The Real Property subject to this conveyance is fully described as follows:

CONDOMINIUM PARCEL NO. 1 PALM OF MADISON APARTMENT, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, RECORDED IN O.R. BOOK 2952, PAGE 588, OF THE BUBLIC RECORDS OF BROWARD COUNTY, FLORIDA AS PROVIDED BY THE STATE OF FLORIDA (F.S. 711 ET SEQ.) SAID DESCRIPTION AND THIS CONVEYANCE INCLUDES , BUT IS NOE LIMITED TO, ALL APPURTENANCE TO THE CONDOMINIUM PARCEL ABOVE DESCRIBED, INCLUDING THEUNDIVED INTEREST IN COMMON ELEMENTS OF SAID CONDOMINIUM.

_[signature]_

SHAKILA CLAYTON, Asset Director/ Authorized Officer
DEUTSCHE BANK NATIONAL TRUST COCOMPANY

ACKNOWLEDGEMENT

SWORN AND SUBSCRIBED TO, Before me on this 4th day of December ,2020 by SHAKILA CLAYTON, Asset Director and Authorized Officer of DEUTSCHE BANK NATIONAL TRUST COMPANY a Delaware Statutory Trust.

WITNESS MY HAND AND OFFICIAL SEAL on this 4th day of December ,2020

_[notary seal: PHILIP B. BROWN NOTARY SOUTH CAROLINA COMMISSION EXPIRES]_

_____
My Commission Expires

_[signature]_
_____
Notary's Signature

CERTIFIED TO BE A TRUE AND CORRECT COPY
AS TAKEN FROM AND COMPARED WITH THE
ORIGINAL ON FILE IN THIS OFFICE

MAR 23 2021

*Mark Hammond*

SECRETARY OF STATE OF SOUTH CAROLINA

**Application/Renewal for Notary Public**
STATE OF SOUTH CAROLINA

**OFFICE OF THE SECRETARY OF STATE**
THE HONORABLE MARK HAMMOND

| For delegation office use only |
|---|
| 3/6/18 |
| Date received |
| 44162 |
| Check number |

New ☐   Renewal ☒

## Notary Public Application and Renewal Instructions

1. Carefully type or print legibly all information requested on the top portion of your application and sign in the presence of a notary public. *(The bottom portion is to be completed by your County Delegation, whose addresses are provided at the end of the application.)*
2. Attach a check or money order to your original application in the amount of $25.00 payable to "SC Secretary of State."
3. Mail both pages of your original application and check/money order to your county delegation office listed at the end of this application for the required signatures. Your delegation office will forward your application and check/money order to the Secretary of State's Office.
4. If your county delegation is not listed, forward your application to: South Carolina House of Representatives, PO Box 11867, Columbia, SC 29211. The phone number is (803) 734-2010.
5. The Secretary of State's Office will mail your commission certificate within one week upon receipt of a properly executed application.
6. You must be a registered voter to become a notary public. If you do not know your voter registration number, call your County Voter Registration and Election Commission for this information. The number will be listed in the county government section of your local telephone book. You can also check your voter registration number at www.scvotes.org.
7. If your commission has not yet expired, you may file your application as a renewal. If your previous commission has expired, your application will be processed as a new application.

To: Governor of the State of South Carolina

I respectfully petition to be appointed Notary Public for this State, and for your information, I herewith submit the following:

*PLEASE PRINT*

Name  PHILIP BOWMAN-BROWN

*\*If you are renewing your commission, please note that if your name or home address has changed since the issuance of your current commission, you must file the Change of Status form regarding these changes prior to renewing your commission.*

Home Street Address  32 BATTERY BLVD   City  GREENVILLE   Zip Code  29615
*\*You must be a registered voter at the home address provided on this application.*

Mailing Address (if different from home address) _____ City _____ Zip Code _____

County  GREENVILLE   Last 4 Digits of your Social Security # _____ Sex M  Date of Bir'

Voter Registration # _____
(Voter Registration Number may be obtained from your County Voter Registration and Election Office or the State Election Commission.)

Telephone #  (864) 346.0224   E-mail  PHILIPBBROWN0830@GMAIL.COM

---

Mail application to delegation for required signatures (addresses and telephone numbers are on the front of the application).

**This section must be completed by your Legislative Delegation.  Please choose one of the three options.**

We, the  Greenville (County)   Delegation, recommend the appointment of the above named applicant.

1)

_____
Signature of the Delegation Chairman OR Secretary

2)

_____
Signature of Senator / Senate District #  12

_____
Signature of House Member / House District #  22

3) Signed by at least half of the present Legislative Delegates from applicant's county of residence:

_____
_____
_____
_____

EXHIBIT 5

### Application/Renewal for Notary Public
STATE OF SOUTH CAROLINA

## OFFICE OF THE SECRETARY OF STATE
THE HONORABLE MARK HAMMOND

---

**[X] By checking this box, I hereby certify that I can read and write the English language.**

---

## OATH OF NOTARY PUBLIC

I do solemnly swear (or affirm) that I am duly qualified, according to the Constitution of South Carolina, to exercise the duties of the office to which I have been appointed and that I will, to the best of my ability, discharge the duties thereof and preserve, protect and defend the Constitution of this State, and of the United States. So help me God.

Signature of applicant

Print Name _PHILIP B BROWN_ Date: _1/10/18_

*Please sign and print your name exactly as you will sign when you notarize documents. Your signature and printed name must match. Your commission will be issued with the name as printed and signed here. If this is a renewal application, your name as printed here must match your name as previously commissioned.

Sworn to and subscribed before me
This _10th_ day of _January_, 20 _18_

_Chasity Patterson_
Notary Public of South Carolina
_Chasity Patterson_
Printed Name
My Commission Expires _6/27/26_

(Notary Seal: CHASITY PATTERSON, MY COMMISSION EXPIRES 6/27/2026, NOTARY PUBLIC, SOUTH CAROLINA)

---

### PLEASE READ- IMPORTANT INFORMATION

Pursuant to S.C. Code of Laws §26-1-90 (K) and (J), a notary public who is not a licensed attorney cannot provide a service that would constitute the unauthorized practice of law. More specifically, a notary cannot claim to have powers, qualifications, rights or privileges that a notary does not have.

Unless you are a member of the South Carolina Bar or otherwise authorized to perform prescribed legal activities by action of the South Carolina Supreme Court, you are prohibited from the practice of law.

The following are activities that are considered the practice of law in South Carolina:

1. Drafting or completing a record or transaction that requires a notarial act;
2. Selecting or helping a person understand a record or transaction requiring a notarial act;
3. Preparation of legal documents;
4. Giving legal advice or answering legal questions;
5. Appearing in court on behalf of someone else;
6. Performing a real estate or mortgage loan closing; and
7. Title search and preparation of title documents.

These activities must not be performed without an attorney's supervision. Pursuant to S.C. Code of Laws §40-5-310, a person who engages in the unauthorized practice of law is guilty of a felony and, upon conviction, must be fined not more than $5,000 or imprisoned not more than 5 years, or both. This is the penalty per offense.

Form Revised by South Carolina Secretary of State, October 2017